**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

Paula Michelle Watkins,

Plaintiff,

v.

LaSalle Bank, *et al.*,

Defendants.

_________________________________/

Case No. 25-cv-13901

Judith E. Levy
United States District Judge

Mag. Judge Elizabeth A. Stafford

**JUDGMENT**

For the reasons stated in the opinion and order entered on today's date, it is ordered and adjudged that the case is dismissed.

KINIKIA D. ESSIX
CLERK OF THE COURT

By: s/Amanda Chubb
DEPUTY COURT CLERK

Date: September 21, 2026

APPROVED:

s/Judith E. Levy
JUDITH E. LEVY
UNITED STATES DISTRICT JUDGE